Mendez v Jefferson-Clark (2024 NY Slip Op 50068(U))

[*1]

Mendez v Jefferson-Clark

2024 NY Slip Op 50068(U)

Decided on January 12, 2024

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 12, 2024
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, P.J., CHEREÉ A. BUGGS, LISA S. OTTLEY, JJ

2023-442 K C

Carmen L. Mendez, Appellant,
against
Monica Jefferson-Clark, Respondent. 

Carmen L. Mendez, appellant pro se.
Monica Jefferson-Clark, respondent pro se (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Inga M. O'Neale, J.), entered March 21, 2023. The order granted defendant's motion to vacate a judgment entered against her on March 26, 2015, upon her failure to answer or appear in the action, and to restore the matter to the calendar.

ORDERED that the order is affirmed, without costs.
For the reasons stated in Mendez v Jefferson (— Misc 3d &mdash, 2024 NY Slip Op — [appeal No. 2023-441 K C], decided herewith), the order is affirmed. 
TOUSSAINT, P.J., BUGGS and OTTLEY, JJ., concur. 

ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 12, 2024